UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22835-CIV-DPG

KATLIN G CABRERA FLORES, and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiffs, )
vs. )
 )
N.H. INC. a/k/a MERIDIAN FOOD )
MARKET/MONEY GRAM, )
MOHAMMED HOSSAIN, )
JASMINE HOSSAIN, )
 )
        Defendants. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (3/15/16-1/19/17)[1]:**
Weeks: 44
Overtime hours: 6.5
Amount of half-time overtime per hour not compensated: $4.25 (based on $8.50/hr.)
Total overtime wages unpaid and liquidated damages: $1,215.50 X 2 = $2,431.00, *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

                                              Respectfully submitted,

                                              J. H. ZIDELL, P.A.
                                              ATTORNEYS FOR PLAINTIFF

---

[1] There was a scrivener's error in the Complaint [DE1] which is corrected herein. Plaintiff's worked for Defendants from on or about March 15, 2016 through on or about June 20, 2017.[1]

300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 9/7/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**