IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.  17-22835-cv-DPG/OTAZO-REYES

KATLIN G. CABRERA FLORES, and
All others similarly situated,

    Plaintiff,

v.

N.H. INC., MOHAMMED S HOSSAIN
and JASMINE HOSSAIN,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

DEFENDANTS, N.H., Inc.  ("NH") MOHAMMED HOSSAIN ("MH") and JASMINE HOSSAIN ("JH") respond to Plaintiff's Statement of Claim as follows:

Defendants NH and MH kept track of Plaintiff's work hours through a mechanical time keeping system.  Plaintiff was freely able to review her time cards.  Defendants NH and MH did not suffer or permit Plaintiff to work off the clock.

Plaintiffs was paid at an hourly rate.  When Plaintiff worked over 40 hours in a work week, she was paid at a time and a half rate. Plaintiff's hours and rates of pay were stated on her paycheck stubs and her time cards were available to cross check for errors.  Errors in pay or time keeping were corrected to the extent that Defendants NH and MH became aware of them.   Plaintiff was not paid in cash. Plaintiff has no bases upon which to claim unpaid overtime pay.

JH played no role in NH's payroll or timekeeping systems and therefore is unable to respond to Plaintiff's Statement of Claim.

        Respectfully Submitted,

        LANGBEIN & LANGBEIN, P.A.
        Counsel for Defendants
        8181 NW 154th Street, Suite 105
        Miami Lakes, FL 33016
        Tel: (305) 556-3663
        Fax: (305) 556-3647
        Email: langbeinpa@bellsouth.net

### CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 9/26/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

        By:  /s/ Leslie W. Langbein
          Leslie W. Langbein, Esq.
          Fla. Bar No. 305391

### SERVICE LIST

.H. ZIDELL, P.A..
Rivkah Jaff, Esq.
Neil Tobak, Esq.
Attorneys For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone (305) 865-6766
Facsimile (305) 865-7167
zabogado@aol.com

LANGBEIN & LANGBEIN, P.A.
Leslie W. Langbein, Esq.
Attorneys For Defendants
8181 NW 154 Street, Suite 105
Miami Lakes, Fl 33016
Telephone 305-556-3663
Facsimile 305-556-3647
langbeinpa@bellsouth.net