UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22835-CIV-GAYLES/OTAZO-REYES

KATLIN G. CABRERA FLORES
and all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiff,

v.

N.H. Inc., a/k/a Meridian Food Market/
Money Gram, MOHAMMED HOSSAIN,
and JASMINE HOSSAIN,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff Katlin G. Cabrera Flores' ("Plaintiff") Motion to Disqualify Defense Counsel and Her Firm and to Compel Defense Counsel's Deposition Duces Tecum (hereafter, "Motion to Disqualify") and Defendants N.H. Inc., Mohammed Hossain ("Mr. Hossain") and Jasmine Hossain's (collectively, "Defendants") Verified Response to Motion to Disqualify and Motion for Protective Order ("Motion for Protective Order") and for an Award of Expenses under Rule 37(5) ("Motion for Award of Expenses") [D.E. 14 & 15]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 25]. The undersigned held a hearing on these matters on November 2, 2017. At the hearing, the undersigned also addressed Defendants' Verified Motion for Protective Order to Stay All Discovery Pending Resolution of Motion to Disqualify (hereafter, "Motion to Stay") [D.E. 30]. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- The Motion to Disqualify is DENIED. At this juncture, the undersigned does not find that Leslie Langbein, Esq. ("Attorney Langbein") is a necessary witness in this case in connection with the issue of willfulness and that of good faith on the part of Defendants.

- The Motion for Protective Order is GRANTED, given that Plaintiff's counsel has already deposed Attorney Langbein in Reyes v. Collins & 74th Street, Inc., No. 16-CV-24362-JAL (S.D. Fla.) regarding the attorney-client relationship between Attorney Langbein and Defendants, specifically Mr. Hossain.

- The Motion for Award of Expenses is DENIED.

- The Motion to Stay is DENIED AS MOOT, given the resolution of the Motion to Disqualify.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of November, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record