UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22835-CIV-GAYLES/OTAZO-REYES

KATLIN G. CABRERA FLORES
and all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiff,

v.

N.H. Inc., a/k/a Meridian Food Market/
Money Gram, MOHAMMED HOSSAIN,
and JASMINE HOSSAIN,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Katlin G. Cabrera Flores' ("Plaintiff") Omnibus Motion to Enforce Agreement [DE 34-1], to Stay This Matter Until Adjudication on Same, and for Protective Order Regarding Plaintiff's Deposition and Written Discovery Responses (hereafter, "Omnibus Motion") [D.E. 36] and Defendants N.H. Inc., Mohammed Hossain and Jasmine Hossain's ("Defendants") Motion to Strike Acceptance of Offer of Judgment (hereafter, "Motion to Strike") [D.E. 39]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 33 & 38]. The undersigned held a hearing on these matters on November 30, 2017. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- Plaintiff's Omnibus Motion is DENIED in its entirety.
- Defendant's Motion to Strike is GRANTED.

> ➢ Discovery shall proceed in this case, including Plaintiff's deposition scheduled for Monday, December 4, 2017 at 10:00 A.M.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of November, 2017.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record