IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.  17-22835-cv-DPG/OTAZO-REYES

KATLIN G. CABRERA FLORES, and
All others similarly situated,

    Plaintiff,

v.

N.H. INC., MOHAMMED S HOSSAIN
and JASMINE HOSSAIN,

    Defendants.
_____/

## DEFENDANTS' LIST OF TRIAL WITNESSES

Per the Court's Trial Order [DE 33], Defendants list the following witnesses for trial:

A. Mohammed Hossain individually and as Rule 30(b)(6)
   c/o Langbein & Langbein, P.A.

B. Tasmin Hossain
   c/o Langbein & Langbein, P.A.

C. Tarek Khan individually and as Rule 30(b)(6)
   c/o Langbein & Langbein, P.A.

D. MD Abul Kashem
   5 Island Avenue, Apt. 16F
   Miami Beach, FL  33139
   (telephone number available from previous deposition)

E. Karen Saucedo
   500 NW 36th St, Apt. 504
   Miami, FL  33127 (telephone number available from deposition)

F. Plaintiff - Adverse Witness
   c/o JH Zidell, P.A.

G. Alan Urraco
   849 Michigan Avenue, Apt. 1

Miami Beach FL

H. Daniella Baumann
7709 Byron Avenue, # 5
Miami Beach, FL
(786) 286-5127

I. Katherine Cruz Ortiz
c/o JH Zidell, P.A.

J. Joiselyn Robleto
c/o JH Zidell, P.A.

K. Records Custodian, Wells Fargo

L. Custodian of Records, Plaintiff's cell phone providers

M. Custodian of Records, Miami Beach Community Health Center

N. Custodian of Records, Jackson Memorial Hospital

O. Custodian of Records, Plaintiffs' debit and credit cards

P. Any other witnesses listed by Plaintiff

        Respectfully Submitted,

        LANGBEIN & LANGBEIN, P.A.
        Counsel for Defendants
        8181 NW 154th Street, Suite 105
        Miami Lakes, FL 33016
        Tel:   (305) 556-3663
        Fax: (305) 556-3647

        By:   /s/  Leslie W. Langbein
          Leslie W. Langbein, Esq.
          Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 12/27/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

        By: /s/ Leslie W. Langbein
          Leslie W. Langbein, Esq.

## SERVICE LIST

J.H. ZIDELL, P.A.
Rivkah Jaff, Esq.
Neil Tobak, Esq.
Attorneys For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone (305) 865-6766
Facsimile (305) 865-7167
zabogado@aol.com