UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22835-CIV-DPG

KATLIN G CABRERA FLORES, and all         )
others similarly situated under 29 U.S.C. )
216(b),                                   )
                                          )
            Plaintiffs,                   )
    vs.                                   )
                                          )
N.H. INC. a/k/a MERIDIAN FOOD             )
MARKET/MONEY GRAM,                        )
MOHAMMED HOSSAIN,                         )
JASMINE HOSSAIN,                          )
                                          )
            Defendants.                   )
_____)

**JOINT MOTION TO ENLARGE TIME TO COMPLY WITH THE COURT'S SCHEDULING ORDER [DE33] AND JOINT MOTION TO HAVE NEW MEDIATOR APPOINTED**

**COME NOW** the Parties, by and through their respective undersigned counsel, and hereby files the above-described Joint Motion, and in support thereof state as follows:

1. Per the Court's Scheduling Order [DE33], the Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by December 29, 2017, and for same to be completed by June 15, 2018.

2. On December 27, 2017, the Clerk issued a Notice of Mediator Designation and appointed Jeffrey Grubman. [DE51].

3. On December 28, 2017, Plaintiff's counsel, Rivkah Jaff, Esq., conferred with Defense Counsel, Leslie Langbein, Esq., and also sent a conferral email to Mr. Grubman with proposed dates (last week of April/first week of May). Ms. Jaff then also made a follow up call and sent a follow up email to Mr. Grubman. Per the voice mail recording for the phone number reflected on

[DE51] and Mr. Grubman's information found at the Florida Bar website, Mr. Grubman's office was closed until after the new year (2018).

4. Late on 12/28/17 Mr. Grubman mediator finally responded and advised that he will only travel to Miami if a mediation is set for at least eight hours.

5. This is not a complex multi-party case and the Parties do not believe that eight (8) hours of time will be necessary for same. In view of the fact that this matter is pending in the Miami-Division, the Parties respectfully requests that another mediator who maintains an office in Miami be appointed in place of Mr. Grubman who is unable to meet the Parties' needs.

6. The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp*., 50 F.3d 360 (5th Cir. 1995).

7. The brief enlargement of time will not impact the calendar.

**WHEREFORE** THE PARTIES RESPECTFULLY REQUEST THE COURT ENTER AN ORDER REQUESTING THE CLERK TO APPOINT ANOTHER MEDIATOR WITH OFFICES IN MIAMI IN PLACE OF MR. GRUBMAN AND GRANT AN ENLARGEMENT OF TIME TO SCHEDULE A TIME, DATE, AND PLACE FOR MEDIATION THROUGH TO JANUARY 12, 2018.

Respectfully submitted this 29th day of December, 2017.

| | |
|---|---|
| J.H. ZIDELL, P.A. | LANGBEIN & LANGBEIN, P.A. |
| Counsel for the Plaintiff | Counsel for Defendants |
| 300 71ST Street, Suite 605 | 8181 NW 154th Street, Suite 105 |
| Miami Beach, FL 33141 | Miami Lakes, FL 33016 |

| | |
|---|---|
| Tel:  (305) 865-6766 | Tel:  (305)-556-3663 |
| Fax:  (305) 865-7067 | Fax:  (305) 556-3647 |
| E-mail: zabogado@aol.com | Email: langbeinpa@bellsouth.net |
| | |
| By:  /s/ Rivkah F. Jaff | By:  /s/  Leslie W. Langbein |
| Rivkah F. Jaff, Esq. | Leslie W. Langbein, Esq. |
| Fla. Bar No. 107511 | Fla. Bar No. 305391 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22835-CIV-DPG

KATLIN G CABRERA FLORES, and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
         Plaintiffs, )
vs. )
 )
N.H. INC. a/k/a MERIDIAN FOOD )
MARKET/MONEY GRAM, )
MOHAMMED HOSSAIN, )
JASMINE HOSSAIN, )
 )
         Defendants. )
_____ )

**ORDER GRANTING JOINT MOTION TO ENLARGE TIME TO COMPLY WITH THE COURT'S SCHEDULING ORDER [DE33] AND JOINT MOTION TO HAVE NEW MEDIATOR APPOINTED**

This cause, having come before the Court on the above-described Joint Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said Motion is granted as follows:

THE PARTIES SHALL SCHEDULE A TIME, DATE, AND PLACE FOR MEDIATION ON OR BEFORE JANUARY 12, 2018.

THE CLERK SHALL APPOINT A MEDIATOR WITH OFFICE IN MIAMI.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                                                            _____
                                                                            DARRIN P. GAYLES
                                                                            UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record