UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.  17-22835-cv-DPG/OTAZO-REYES

KATLIN G. CABRERA FLORES, and
All others similarly situated,

    Plaintiff,

v.

N.H. INC., MOHAMMED S HOSSAIN
and JASMINE HOSSAIN,

    Defendants.
_____/

## DEFENDANTS' CROSS NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned attorney will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES, 10th Floor, 301 N. Miami Avenue, Miami, FL 33132, on January 19, 2018 at 3:00 p.m. the following matters:

1. Defendants' Motion to Compel Better Answers and Production of Documents and for an Award of Attorney's Fees and Costs regarding the following:

   Requests for Production:

   #1, #2, #3, #4, #5, #6, #7, #8, #12, #13, #17, #18, #19, #21, #22,

   a) Need verification by interpreter actually signed by Plaintiff so that it is clear that she knew and understood answers given;  Interpreter's acknowledgment cannot attest that Plaintiff fully understood and affirmed contents.

   Interrogatories

   #3, #4, #5, #,8 # 12, #14,#17,  #18, #19, #21, #22, #23, #24,

<u>Requests for Admission</u>

#29, #30, #32, #33,

                    Respectfully Submitted,

                    LANGBEIN & LANGBEIN, P.A.
                    Counsel for Defendants
                    8181 NW 154th Street, Suite 105
                    Miami Lakes, FL 33016
                    Tel: (305) 556-3663
                    Fax: (305) 556-3647
                    Email: langbeinpa@bellsouth.net

                    By: _____
                    Leslie W. Langbein, Esq.
                    Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically (without attachments) on 12/29/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list as well as via cc on service to the Court:

                    <u>By</u>: <u>/s/ Leslie W. Langbein</u>
                    Leslie W. Langbein
                    Fla. Bar No. 305391

## SERVICE LIST

J. H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Jaff, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorneys for the Plaintiff