UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22835-CIV-GAYLES/OTAZO-REYES

KATLIN G. CABRERA FLORES
and all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiff,

v.

N.H. Inc., a/k/a Meridian Food Market/
Money Gram, MOHAMMED HOSSAIN,
and JASMINE HOSSAIN,

    Defendants.
_____/

## ORDER ON SHOW CAUSE HEARING

THIS CAUSE came before the Court for a Show Cause Hearing re Discovery Procedures on January 4, 2018. In accordance with the undersigned's rulings at the Show Cause Hearing, it is

ORDERED AND ADJUDGED that the parties shall agree on a date for the deposition of Defendant Mohammed Hossain to take place on or after February 15, 2018. Additionally, the parties shall cooperate on establishing dates for any remaining depositions prior to the discovery deadline of April 20, 2018. Given the foregoing rulings, Defendants N.H. Inc., Mohammed Hossain and Jasmine Hossain's Verified Motion for Protective Order [D.E. 53] and Plaintiff Katlin G. Cabrera Flores' Motion to Strike Defendants' Motion for Protective Order [D.E. 54] are DENIED AS MOOT. Counsel are strongly admonished that should they persist in their present pattern of conduct with respect to the handling of discovery in this case, they will be referred to the Court's Peer Review Committee for appropriate action.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of January, 2018.

*Alicia O. Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record