UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-22835-GAYLES

**KATLIN G CABRERA FLORES**
*and all others similarly situated under 29*
*U.S.C. 216(B),*

      Plaintiffs,

v.

**N.H. INC. a/k/a MERIDIAN FOOD MARKET/MONEYGRAM, MOHAMMED HOSSAIN, AND JASMINE HOSSAIN,**

      Defendants.                                    /

## AMENDED ORDER APPOINTING MEDIATOR

**THIS CAUSE** comes before the Court on the parties Joint Motion for Extension of Time to Schedule Mediation and Joint Motion to Have New Mediator Appointed [ECF No. 56]. This Amended Order clarifies the Order entered on December 29, 2017 [ECF No. 58]. Pursuant to Local Rule 16.2(d)(B), the Clerk cannot appoint a specific mediator. Based thereon, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 56] is **GRANTED**. The Court hereby appoints George F. Knox, Esq., of Knox Mediation, 856 SW Grand Reserve Boulevard Port St. Lucie, FL 34986, as Mediator. The parties shall schedule mediation by January 12, 2018.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of January, 2015.

                                                DARRIN P. GAYLES
                                                UNITED STATES DISTRICT JUDGE