UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-22835-GAYLES/OTAZO-REYES

**KATLIN G CABRERA FLORES**
*and all others similarly situated under 29*
*U.S.C. 216(B),*

      **Plaintiffs,**

  v.

**N.H. INC. a/k/a MERIDIAN FOOD**
**MARKET/MONEYGRAM, MOHAMMED**
**HOSSAIN, AND JASMINE HOSSAIN,**

      **Defendants.**      /

## AMENDED SCHEDULING ORDER

The Scheduling Order entered in this action on November 14, 2017 [ECF No. 33], is hereby **AMENDED** as follows:

| | | |
|---|---|---:|
| 1. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **5/16/2018** |
| 2. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **6/4/2018** |
| 3. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) due by | **7/2/2018** |
| 4. | Fact discovery shall be completed by | **7/20/2018** |
| 5. | Expert discovery shall be completed by | **7/20/2018** |
| 6. | Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by | **8/6/2018** |
| 7. | Mediation shall be completed by | **9/17/2018** |
| 8. | A post-mediation Status Conference shall be held at **10:00 a.m.** on | **9/26/2018** |
| 9. | All pretrial motions and memoranda of law, including motions in limine, | **10/8/2018** |

2

      must be filed by

10. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by **11/5/2018**

11. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by **11/16/2018**

12. The Calendar Call shall be held at **9:30 a.m.** on **11/21/2018**

13. **TRIAL** is set for the Court's two-week trial calendar beginning on **11/26/2018**

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of January, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE