UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22835-DPG/OTAZO-REYES

KATLIN G CABRERA FLORES, and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
       Plaintiffs, )
vs. )
 )
N.H. INC. a/k/a MERIDIAN FOOD )
MARKET/MONEY GRAM, )
MOHAMMED HOSSAIN, )
JASMINE HOSSAIN, )
 )
       Defendants. )
_____

## JOINT NOTICE OF CANCELLATION OF HEARING AND RESOLUTION

NOW COMES the Parties, by and through their respective counsel, and respectfully request that the Discovery Hearing set to occur before the Honorable Magistrate Judge Alicia M. Otazo-Reyes on January 19, 2018, at 3:00 p.m. [DE49 and DE57], be cancelled and state the following in support:

1. The Parties intend to file a Notice of Settlement as they have reached a resolution in this matter.

2. The Parties have jointly called Chambers to advise the Court of same and to allow the Court to free up her schedule.

WHEREFORE THE PARTIES respectfully request that the Court cancel the hearing.

DATED: The 19th day of January, 2018.

Respectfully submitted,

By: */s/ Neil Tobak, Esq.*_____       By: */s/ Leslie W. LangbeinEsq.*___
Neil Tobak, Esq.                                                 Leslie W. Langbein, Esq.
Fla. Bar No. 093940                                   Fla. Bar No. 305391

| | |
|---|---|
| ntobak.zidellpa@gmail.com | langbeinpa@bellsouth.net |
| J.H. Zidell, P.A. | Langbein & Langbein |
| 300 71st Street, Suite 605 | 8181 NW 154 Street Suite 105 |
| Miami Beach, FL 33141 | Miami Lakes, FL 33016 |
| Telephone: (305) 865-6766 | 305-556-3663 |
| Facsimile: (305) 865-7167 | Fax: 556-3647 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |