UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-22835-GAYLES

| | |
|---|---|
| KATLIN G CABRERA FLORES, and all others similarly situated under 29 U.S.C. 216(b),<br><br>            Plaintiffs,<br>vs.<br><br>N.H. INC. a/k/a MERIDIAN FOOD MARKET/MONEY GRAM, MOHAMMED HOSSAIN, JASMINE HOSSAIN,<br><br>            Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their respective counsel, hereby give notice the Court that this matter has been settled as to all Parties. The parties request additional time to execute their settlement agreement and file their Joint Motion for Approval.

DATED: The 19th day of January, 2018.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Neil Tobak, Esq.* _____<br>Neil Tobak, Esq.<br>Fla. Bar No. 093940<br>ntobak.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>   *Attorney for Plaintiff* | By: */s/ Leslie W. Langbein Esq.* __<br>Leslie W. Langbein, Esq.<br>Fla. Bar No. 305391<br>langbeinpa@bellsouth.net<br>Langbein & Langbein<br>8181 NW 154 Street Suite 105<br>Miami Lakes, FL 33016<br>305-556-3663<br>Fax: 556-3647<br>   *Attorney for Defendants* |

2